

**Attorneys At Law**

Providing Legal Services...
Since 1887

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**James W. Bartlett, III**
*Senior Counsel*

Suite 1400
25 South Charles Street
Baltimore, Maryland 21201

410.576.4833
410.539.5223 Fax

jbartlett@semmes.com

December 19, 2022

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: Grimaldi Deepsea SpA v. Busillo, *et al.*
Civil Action No. 1:22-cv-01343-CCB

Dear Judge Blake:

This letter follows up on the status report provided to the Court by counsel for Plaintiff, Charles L. Simmons Jr. on November 18, 2022 (ECF 23).

I and this firm will be entering an appearance to represent Plaintiff Grimaldi in this action. We have not as yet received the file in this case, but, when we do, we will promptly file a Notice of Appearance on behalf of Grimaldi.

Please let us know if you have any questions.

Very truly yours,

James W. Bartlett, III

JWB/mm

B2955346.DOCX